# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160694

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATHANIEL MARCELIOUS-ANTONIO
BOWERS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160694
COA: 350731
Eaton CC: 2017-020313-FC

On order of the Court, the application for leave to appeal the October 28, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020

b0831

Clerk